UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 93-80335

D-2, LENNIE JACKSON,                  HON. AVERN COHN

    Defendant.
_____/

## ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

On May 05, 1995, defendant was sentenced to a custody term of 151 months to be followed by five (5) years on supervised release. Defendant has served his custody term. Defendant's supervised release term expires on June 11, 2011.

Defendant has filed a motion to terminate his supervised release, pursuant to 18 USC §3583(e)(1). The statute allows for early termination of supervised release if the Court is satisfied that such action is warranted by the conduct of the defendant and the interests of justice. Both defendant's probation officer and the United States Attorney's Office recommend that defendant serve out the term of his supervised release.

After review of the record, the Court is satisfied that the recommendations be followed. The motion to terminate supervised release is DENIED.

    SO ORDERED.


Dated: August 31, 2010               s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 3, 2010, by electronic and/or ordinary mail.

                                      S/Julie Owens
                                      Case Manager, (313) 234-5160